IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DORON A. TAVLIN, AFSHIN FARAHAN, and DAVID J. GANTMAN,<br><br>Defendants. | Case No. 22-cv-01723 (DWF/JFD)<br><br>**DEFENDANT DORON A. TAVLIN'S MOTION TO STAY AND FOR EXTENSION OF ANSWER TO COMPLAINT** |

Defendant Doron A. Tavlin hereby moves the Court for an Order staying this matter until the criminal case captioned as United States v. Doron "Ron" Tavlin, Afshin "Alex" Farahan, and David Gantman, D. Minn. Case. No. CR 22-134 (DWF/JFD) is resolved via dismissal, not guilty verdict, or sentencing following a guilty plea or guilty verdict, or until further order of the Court, and for an extension of the deadline to Answer the Complaint.

This motion is based upon the attached memorandum of law and all of the files, records, and proceedings herein.

Dated: August 24, 2022	**FORSGREN FISHER McCALMONT DeMAREA TYSVER LLP**

*s/ Matthew D. Forsgren*
Matthew D. Forsgren, Reg. No. 0246694
David J. Wallace-Jackson, Reg. No. 0288767
Caitlinrose H. Fisher, Reg. No. 0398358
Capella Tower
225 South 6th Street, Suite 1750
Minneapolis, MN 55402
(612) 474-3300
mforsgren@forsgrenfisher.com
dwallace-jackson@forsgrenfisher.com
cfisher@forsgrenfisher.com

*Attorneys for Defendant Doron A. Tavlin*