IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DORON A. TAVLIN, et al.,<br><br>Defendants. | **NOTICE OF DEFENDANT AFSHIN FARAHAN'S JOINDER IN UNOPPOSED MOTION TO STAY**<br><br>Case No. 0:22-CV-01723-DWF-JFD<br><br>The Honorable Donovan W. Frank<br><br>Magistrate Judge John F. Docherty |

Defendant Afshin Farahan, through undersigned counsel, hereby notifies the Court of his joinder in Defendant Doron Tavlin's unopposed Motion to Stay, Dkt. 21. In support of his joinder, Mr. Farahan states as follows:

1. On July 6, 2020, a federal Indictment was unsealed alleging the defendants in this civil action committed criminal offenses ("Criminal Action"). *See United States v. Tavlin, et al.*, D. Montana Case No. 0:22-cr-00134.

2. Also on July 6, 2020, the United States Securities and Exchange Commission ("SEC") filed this civil enforcement action.

3. On August 24, 2022, Defendant Tavlin filed a Motion to Stay requesting that the Court stay proceedings in this case given the overlapping issues in this case and the pending Criminal Action. *See* Dkt. 21.

4. On August 24, 2022, Defendant David Gantman filed a notice joining Defendant Tavlin's Motion to Stay. *See* Dkt. 27.

5. On August 31, 2022, the SEC filed a response to Mr. Tavlin's Motion to Stay stating it "does not oppose a stay of this civil case against Defendants Doron A. Tavlin, Afshin

Farahan, and David J. Gantman, pending the resolution of the [Criminal Action]." Dkt. 32 at 1. The SEC's response also states the SEC does not oppose Defendant Tavlin's request to extend the deadline for him to respond to the Complaint until 45 days after the expiration of the stay. *Id.*

6. Defendant Farahan hereby joins Mr. Tavlin's Motion to stay, which the SEC does not oppose as detailed in its recently filed response.

7. Defendant Farahan agrees with the unopposed request set forth in Mr. Tavlin's motion that this matter should be stayed until the Criminal Action is resolved and Farahan also requests that Farahan not be required to respond to the Complaint in this action until 45 days after the expiration of the stay.

For the reasons stated above, Defendant Farahan joins in and respectfully submits that the Court should grant Defendant Tavlin's unopposed motion to stay and joins in a request for the same extension.

Dated: September 1, 2022

WINTHROP & WEINSTINE, PA

By /s/ *Brooks A. Poley*
Brooks F. Poley (#0185139)

225 South Sixth Street
Suite 3500
Minneapolis, MN 55402-4629
bpoley@winthrop.com
Telephone: (612) 604-6400

Erik A. Christiansen, USB #7372
Jeffrey C. Corey, USB #9938
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
EChristiansen@parsonsbehle.com
JCorey@parsonsbehle.com
ecf@parsonsbehle.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Afshin Farahan*

24661369v1