# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DORON A. TAVLIN, AFSHIN FARAHAN, AND DAVID J. GANTMAN,<br><br>Defendants. | Case No. 22-CV-1723 (DWF/JFD)<br><br>**ORDER** |

This matter is before the Court on Mr. Tavlin's Motion to Stay and for Extension of Answer to Complaint (Dkt. No. 21). Mr. Farahan and Mr. Gantman have joined Mr. Tavlin's motion (Dkt. Nos. 33 and 34, respectively) and the Securities and Exchange Commission does not oppose it (Dkt. No. 32). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and District of Minnesota Local Rule 72.1.

Accordingly, based on the agreement of the parties, **IT IS HEREBY ORDERED** that:

1. Mr. Tavlin's Motion to Stay and for Extension of Answer to Complaint is **GRANTED** as to all defendants.

2. This case is stayed until the criminal case captioned as *United States v. Doron A. Tavlin, Afshin Farahan, and David J. Gantman*, No. 22-CV-134

(DWF/JFD) is resolved via dismissal, not guilty verdict, or sentencing following a guilty plea or guilty verdict, or until further order of the Court.

3. The Parties shall provide the Court with status reports concerning the criminal case (No. 22-CV-134) every 60 days following an Order staying this case (No. 22-CV-1723) and within 10 days of the resolution of the criminal case as to any individual defendant.

4. All defendants shall respond to the Complaint within 45 days of the date this stay is lifted.

Date: September 15, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge