IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DORON A. TAVLIN, AFSHIN FARAHAN, and DAVID J. GANTMAN,<br><br>Defendants. | Case No. 22-CV-1723 (DWF/JFD)<br><br>**FOURTEENTH JOINT STATUS REPORT** |

Pursuant to the Court's September 15, 2022 Order staying the above-captioned matter (ECF No. 35), Plaintiff and Defendants respectfully submit the following Joint Status Report.

On September 15, 2022, this Court entered an order staying the above-captioned matter "until the criminal case captioned as *United States v. Doron A. Tavlin, Afshin Farahan, and David J. Gantman*, No. 22-CR-134 (DWF/JFD)"—(the "Criminal Case")—"is resolved via dismissal, not guilty verdict, or sentencing following a guilty plea or guilty verdict, or until further order of the Court." (Order at 1–2 (ECF No. 35).) The Court's order directed that the Parties provide the Court with a status report concerning the Criminal Case every 60 days.

On August 4, 2022, Afshin ("Alex") Farahan entered a guilty plea in the Criminal Case. (Criminal Case ECF No. 34.) On February 16, 2024, following a two-week jury trial, the jury returned a verdict of guilty on all counts as to Doron ("Ron") Tavlin, and not guilty on all counts as to David Gantman. (Criminal Case ECF Nos. 214, 215.)

Tavlin's sentencing judgment was entered on November 4, 2024 (Criminal Case ECF No. 285), and Farahan's sentencing judgment was entered on December 19, 2024 (Criminal Case ECF No. 312).

The parties respectfully request that the stay in this civil matter be lifted, given that the Criminal Case has now been resolved per the Court's September 15, 2022 order, as to all three defendants.

Dated: January 3, 2025          *s/ Sara D. Kalin*
Craig R. Baune
U.S. ATTORNEY'S OFFICE
300 S 4th St. Ste 600
Minneapolis, MN 55415
(612) 664-5600
craig.baune@usdoj.gov

Sara D. Kalin, *Pro Hac Vice*
Stephen Kam, *Pro Hac Vice*
**SECURITIES AND EXCHANGE COMMISSION**
Los Angeles Regional Office
444 S. Flower St, Ste 900
Los Angeles, CA 90071
(323) 965-3860
kalins@sec.gov
kams@sec.gov

*Attorneys for Plaintiff SEC*

Dated: January 3, 2025    *s/ David J. Wallace-Jackson*
Matthew D. Forsgren, Reg. No. 0246694
David J. Wallace-Jackson, Reg. No. 0288767
Caitlinrose H. Fisher, Reg. No. 0398358
**FORSGREN FISHER McCALMONT DeMAREA TYSVER LLP**
225 S 6th St, Ste 1500
Minneapolis, MN 554029
(612) 474-3300
mforsgren@forsgrenfisher.com
dwallace-jackson@forsgrenfisher.com
cfisher@forsgrenfisher.com

*Attorneys for Defendant Doron A. Tavlin*


Dated: January 3, 2025    *s/ David J. Gantman*
David J. Gantman
*Pro Se*


Dated: January 3, 2025    *s/ Erik A. Christiansen*
Brooks F. Poley
**WINTHROP & WEINSTINE, PA**
225 S 6th St Ste 3500
Minneapolis, MN 55402-4629
(612) 604-6400
bpoley@winthrop.com

Erik A. Christiansen, *Pro Hac Vice*
**PARSONS, BEHLE & LATIMER**
201 S Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6926
echristiansen@parsonsbehle.com

*Attorneys for Defendant Afshin Farahan*