UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 22-CV-1723 (DWF/JFD) |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT DAVID J. GANTMAN TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| DORON A. TAVLIN, AFSHIN FARAHAN, and DAVID J. GANTMAN, | |
| Defendants. | |

On January 21, 2025, the Court lifted the stay in this matter [Dkt. No. 52] and ordered that all defendants respond to the complaint within 45 days of the date of the Court's Order, or by March 7, 2025. On May 13, 2025, Defendant David J. Gantman contacted counsel for the Securities and Exchange Commission (the "SEC") and requested additional time to file his response to the complaint.

The parties stipulate, subject to the Court's approval, that Gantman may have additional time within which to file an answer to the plaintiff's complaint. Therefore, the last day for defendant Gantman to answer the plaintiff's complaint shall be June 13, 2025.

1

| | |
|---|---|
| Dated: May 22, 2025 | *s/ Stephen Kam* <br> Craig R. Baune <br> U.S. ATTORNEY'S OFFICE <br> 300 S 4th St. Ste 600 <br> Minneapolis, MN 55415 <br> (612) 664-5600 <br> craig.baune@usdoj.gov <br><br> Sara D. Kalin, *Pro Hac Vice* <br> Stephen Kam, *Pro Hac Vice* <br> **SECURITIES AND EXCHANGE COMMISSION** <br> Los Angeles Regional Office <br> 444 S. Flower St, Ste 900 <br> Los Angeles, CA 90071 <br> (323) 965-3860 <br> kalins@sec.gov <br> kams@sec.gov <br><br> *Attorneys for Plaintiff SEC* |
| Dated: May 22, 2025 | *s/ David J. Gantman* <br> David J. Gantman |

2

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 22, 2025, I caused to be served the document entitled **STIPULATION TO EXTEND TIME FOR DEFENDANT DAVID J. GANTMAN TO RESPOND TO PLAINTIFF'S COMPLAINT** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 22, 2025                    /s/ Stephen Kam
                                       STEPHEN KAM

1

<i><u>SEC v. Tavlin, et al.</u></i><br>
<b>United States District Court – District of Minnesota</b><br>
<b>Case No. 22-cv-1723 (DWF/JFD)</b>

<b><u>SERVICE LIST</u></b>

Matthew D. Forsgren (by ecf)
David J. Wallace-Jackson
Caitlinrose H. Fisher
Jackson C. Evert
Forsgren Fisher McCalmont DeMarea Tysver LLP
Capella Tower
225 South 6th Street, Suite 1750
Minneapolis, MN 55402
(612) 474-3300
mforsgren@forsgrenfisher.com
dwallace-jackson@forsgrenfisher.com
cfisher@forsgrenfisher.com
jevert@forsgrenfisher.com
***Attorneys for Defendant Doron A. Tavlin***

Erik A. Christiansen (by ecf)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 532-1234
echristiansen@parsonsbehle.com
***Attorney for Defendant Afshin Farahan***

Brooks F. Poley (by ecf)
Winthrop & Weinstine, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402
(612) 604-6400
bpoley@winthrop.com
***Attorney for Defendant Afshin Farahan***

David J. Gantman (by U.S. mail)
828 Deer Trail Point
Mendota Heights, MN 55118
(612) 801-0350
Gantmanmail@gmail.com
***Defendant David J. Gantman (Pro Se)***

2